UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
(SOUTHERN DIVISION)
Case No. 7:12-cv-00159

MARTHA AVENT,

    Plaintiff,

vs.

SINGLETARY & THRASH-JACKSON
P.A.; MIDLAND CREDIT MANAGEMENT, INC;
MIDLAND FUNDING LLC, and ENCORE
CAPITAL GROUP,

    Defendants.

## NOTICE OF SETTLEMENT AND AGREED MOTION FOR EXTENSION OF TIME

Defendants, Singletary & Thrash-Jackson P.A., ("Singletary"), Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc. (the "Midland Defendants") (collectively, the "Defendants"), by Counsel, hereby notify the Court that they have reached a settlement agreement with Plaintiff. Defendants request an additional 30 days to complete the paperwork and file the dismissal. Further, in light of the settlement, Defendants request that the deadline to file any answer or responsive pleading also be extended for 30 days through and including September 15, 2012. Plaintiff has no objection to these requests.

WHEREFORE, Defendants request that this motion be granted.

Respectfully submitted this 15th day of August, 2012.

          /s/ *Kathryn Lehman*
          Kathryn Lehman
          North Carolina Bar No. 32795
          KING & SPALDING LLP
          1180 Peachtree Street, N.E.
          Atlanta, Georgia 30309
          Tel: (404) 572-4600

Fax: (404) 572-5100
Email: KLehman@kslaw.com

**Attorneys for Defendants Singletary & Thrash-Jackson, P.A., Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc.**

Of Counsel:

Barry Goheen
J. Anthony Love
K. Ann Broussard
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
BGoheen@kslaw.com
TLove@kslaw.com
ABroussard@kslaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system:

Holly E. Dowd
Weisberg & Meyers, LLC
409ª Wakefield Dr.
Charlotte, NC 28209
*Attorneys for Plaintiff*

  This 15th day of August, 2012.

                /s/ *Kathryn Lehman*